## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| DISABILITY BENEFITS, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:07-CV-00014-LGW |
| | ) | |
| VALERIA COLEMAN, and | ) | |
| VALCARE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## **CONSENT JUDGMENT**

The parties have resolved the claims set forth in this matter and have agreed to the entry of this Consent Judgment. Therefore, it is **ORDERED, ADJUDGED AND DECREED** that:

1. Defendant Valeria Coleman is hereby permanently enjoined from soliciting or in any manner actively contacting any existing client of the Plaintiff Disability Benefits, or attempting to seek out any client of Disability Benefits from any source, in any SSI/SSA disability claims for 18 months from the date of entry of this Consent Judgment.

2. Defendant Valeria Coleman is ordered to provide an accounting to Plaintiff for the time period of Sept. 1, 2007 through Dec. 31, 2008. The first accounting shall be due on March 1, 2008 and shall include the period of Sept. 1 - Dec. 31, 2007. The second accounting shall be due on July 1, 2008 and shall include the period of Jan. 1 - June 30 2008. The final accounting shall be due on Feb. 1, 2009 and shall include the period of July 1- Dec. 31 of 2008. Each accounting shall include documents evidencing: all SSI/SSA funds received by Defendants; the name of each client/claimant; and supporting bank statements. Defendants are further ordered to pay Plaintiff fifty percent (50%) of

the total fees collected by Defendants arising from Defendants' representation of any client/claimant who was formerly a client/claimant of the Plaintiff as evidenced in the accounting. This payment shall be made by Defendants to Plaintiff with each accounting submitted to Plaintiff.

3. Plaintiff Disability Benefits is adjudged the sole owner of and is awarded the three checks referenced in letters from the Dept. of Treasury, check no. 2049-34183766, check no. 2049-33670996; and a third disputed check (no number). The checks will either be endorsed over by Defendant Coleman to DBI or, if re-issued, made payable to Dan Smith of Disability Benefits, immediately upon Defendants' receipt of said checks.

4. Plaintiff shall have judgment against Defendants Coleman and ValCare, jointly and severally, in the amount of Forty Six Thousand and No/100 Dollars ($46,000.00). No interest shall accrue on the judgment as long as Defendants Coleman and/or Valcare pay off the judgment in accordance with the following: Defendants shall pay Plaintiff $500.00 per month on the 1st of each month beginning May 1, 2008 until the judgment is paid in full. In the event of default, statutory interest will begin on the first day of the month following default and shall continue to accrue until paid in full. In addition, Plaintiff may accelerate and execute the entire judgment in the event of default. Time is of the essence but Defendants Coleman/Valcare are allowed a 10 day grace period on each monthly payment.

5. Other than the funds described in Paragraphs 1 through 4 above, and further, in the event it is discovered that Defendant Coleman represented any former client of Plaintiff in a SSA disability administrative hearing after she left Plaintiff's employment; and in the further event Plaintiff received the entire payment from SSA for said services rendered by

2

Defendant Coleman, then Defendant Coleman shall receive a credit of 50% of said SSA payments against the judgment set forth above in Paragraph 4.

6. All other relief requested by the parties is hereby denied and each party shall bear their own costs.

SO ORDERED, this ___ day of January, 2008.

_____
Lisa G. Wood
District Judge
Southern District of Georgia

**CONSENTED TO:**

Counsel for Plaintiff Disability Benefits, LLC

SWIFT, CURRIE, MCGHEE & HIERS, LLP

_____
Anandhi S. Rajan
Georgia Bar No. 592760
1355 Peachtree Street, NE
Suite 300
Atlanta, GA 30309
(404) 874-8800

Counsel for Defendants Valeria Coleman and Valcare, Inc.

_____
Benjamin Allen
Georgia Bar No. 009836
P.O. Box 156
Augusta, GA 30903
(706) 724-7023

_____
Lawrence S. Rothenberg
Texas Bar No.: 17316500
9525 Katy Freeway, Suite 300
Houston, Texas 77024
Tel: (713) 784-1491

Defendant Coleman, then Defendant Coleman shall receive a credit of 50% of said SSA payments against the judgment set forth above in Paragraph 4.

6. All other relief requested by the parties is hereby denied and each party shall bear their own costs.

SO ORDERED, this ___ day of January, 2008.

_____
Lisa G. Wood
District Judge
Southern District of Georgia

**CONSENTED TO:**

Counsel for Plaintiff Disability Benefits, LLC

Counsel for Defendants Valeria Coleman and Valcare, Inc.

SWIFT, CURRIE, MCGHEE & HIERS, LLP

_____
Anandhi S. Rajan
Georgia Bar No. 592760
1355 Peachtree Street, NE
Suite 300
Atlanta, GA 30309
(404) 874-8800

_____
Lawrence S. Rothenberg
Texas Bar No.: 17316500
9525 Katy Freeway, Suite 300
Houston, Texas 77024
Tel: (713) 784-1491

_____
Benjamin Allen
Georgia Bar No. 009836
P.O. Box 156
Augusta, GA 30903
(706) 724-7023

3

1883199v.1